IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PETER MICHAEL RUSSETTE,<br><br>Defendant. | **CR-15-67-GF-BMM**<br><br>**ORDER CLARIFYING SENTENCE** |

The Court received correspondence from the Bureau of Prisons ("BOP") requesting clarification of Russette's sentence. Russette requested that the BOP apply credit for time spent in federal custody on writ. The Court agreed with this approach at the sentencing hearing. (*See* Transcript of Sentencing Hearing, Doc. 42 at 29-31.)

The Court has reviewed this matter and has submitted an Amended Judgment. The original judgment omitted reference to the 161 days for which the parties agreed Russette should receive credit. The Court expected Russette to receive credit for time he served in federal custody prior to sentencing.

1

Accordingly, **IT IS ORDERED** that the Court strongly recommends that Russette receive credit for the 161 days he spent in custody prior to the imposition of sentence.

DATED this 25th day of May, 2017.

/s/ Brian Morris
Brian Morris
United States District Court Judge